# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, K.M. MCDONALD**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**RYAN J. HINTZE**
**ELECTRICIAN'S MATE FIREMAN APPRENTICE (E-2), U.S. NAVY**

**NMCCA 201400049**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 07 November 2013.
**Military Judge**:  CDR Robert Monahan, JAGC, USN.
**Convening Authority**: Commander, Navy Region Midwest, Great Lakes, IL.
**Staff Judge Advocate's Recommendation**: LT A.D. Murray, JAGC, USN.
**For Appellant**: LT Carrie Theis, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**31 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court